# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Morris, | No. CV-19-05673-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Yardstick Management II LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 27), filed on April 16, 2020,

**IT IS ORDERED approving** the Stipulation (Doc. 27) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED vacating** the Rule 16 Scheduling Conference scheduled for April 23, 2020.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 16th day of April, 2020.

Honorable Diane J. Humetewa
United States District Judge